# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

ROBERT G. WATTLES,

    Plaintiff,

v.                                                                      Case No: 5:20-cv-6-Oc-30PRL

MERIDETH ENTERPRISES, LLC, d/b/a
Christian Brothers Automotive, and
BRYCE MERIDETH, individually,

    Defendants.

---

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Dkt. 10). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Dkt. 10) is GRANTED.

2. The Settlement Agreement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of April, 2020.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record